LAW OFFICES OF

# *Aidala, Bertuna & Kamins, P.C.*

ARTHUR L. AIDALA*
MARIANNE E. BERTUNA*
HON. BARRY KAMINS (RET.)
HON. JOHN M. LEVENTHAL (RET.)
HON. DAVID L. LEWIS (RET.)
JOHN S. ESPOSITO*
MICHAEL T. JACCARINO
IMRAN H. ANSARI
DIANA FABI SAMSON**
DAVID M. SCHWARTZ✦
ANDREA M. ARRIGO*
MICHAEL F. DIBENEDETTO*
LINO J. DE MASI
ROSARIO BONA
GIOVANNI ORLANDO CONTI

*ALSO ADMITTED IN NEW JERSEY
**ALSO ADMITTED IN CONNECTICUT
✦ALSO ADMITTED IN D.C.

546  FIFTH  AVENUE
NEW YORK,  NY  10036
TELEPHONE:  (212)  486-0011
FACSIMILE:  (917)  261-4892
WWW.AIDALALAW.COM

8118 - 13TH AVENUE
BROOKLYN, NEW YORK
11228 TEL:  (718)  238-9898
FAX:  (718)  921-3292

OF COUNSEL
JOSEPH A. BARATTA
ANTOINETTE LANTERI
WILLIAM R. SANTO
PETER S. THOMAS
LAWRENCE SPASOJEVICH
SIGURD SORENSON

SENIOR COUNSEL
LOUIS R. AIDALA
JOSEPH P. BARATTA

May 21, 2025

**VIA ECF**
Honorable Lewis J. Liman
United States District Court
500 Pearl Street
New York, NY 10007

Motion granted. The Clerk of Court is respectfully directed to seal the document at Dkt. No. 37-2.  Defendant is directed to refile the document at Dkt. No. 37-2 with the following portion redacted: page 55 line 22 to page 59 line 25.

SO ORDERED.

May 22, 2025

LEWIS J. LIMAN
United States District Judge

Re:   Rocco v. New York State Court Officers Association, 23-cv-10973(LJL)

Dear Judge Liman:

This firm continues to represent the Defendant in the above-entitled action. On March 17, 2025, the undersigned filed its Motion for Summary Judgment (ECF Nos. 36-39). Specifically, exhibit #2, Plaintiff's deposition transcript was inadvertently filed without redacting pages 55-59 which were marked confidential. The reason for marking same confidential is that Plaintiff is discussing medical information, including but not limited to, who his medical providers are. Pursuant to Your Honor's Individual Rules, I have attached a properly redacted copy of exhibit #2 that the undersigned wishes to have filed with its Motion for Summary Judgment. **See Exhibit A**.

For the foregoing reasons, Defendant respectfully requests that the Court grant this application to redact exhibit #2, pages 55-59.

**AIDALA, BERTUNA & KAMINS, P.C.**

By:

MICHAEL DIBENEDETTO, ESQ.
*Attorneys for Defendant*
546 Fifth Avenue, 6th Floor
New York, New York 10036
(212) 486-0011