```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JERRY ROCCO,                                                         :
:
:
:
                               Plaintiff,                            :
:
            -v-                                                      :   23-cv-10973 (LJL)
:
:
NEW YORK STATE COURT OFFICERS                                        :   ORDER
ASSOCIATION,                                                         :
:
:
:
                               Defendant.                            :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff's request to file under seal an exhibit in connection with his opposition to Defendant's motion for summary judgment at Dkt. No. 48 is granted. The document consists of medical records of the Plaintiff disclosing the particulars of his condition and treatment. "Where documents are used to determine litigants' substantive legal rights, a strong presumption of access attaches." *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 121 (2d Cir. 2006)). However, "[p]ersonal medical information implicates significant privacy interests that overcome the strong presumption of public access[.]" *Thor Equities, LLC v. Factory Mut. Ins. Co.*, 2023 WL 6382684, at *1 (S.D.N.Y. Sept. 29, 2023); *Hanks v. Voya Ret. Ins. and Annuity Co.*, 2021 WL 2451981, at *2 (S.D.N.Y. June 16, 2021) ("[P]rotecting personal medical information outweigh[s] the public's right to access this information [when the redactions are] narrowly tailored."). Plaintiff's privacy interest in his medical record outweighs the public right of access in this instance.

      The Clerk of Court is respectfully directed to close Dkt. No. 48.

      SO ORDERED.

Dated: June 6, 2025
      New York, New York                               _____
                                                                        LEWIS J. LIMAN
                                                                        United States District Judge