**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JERRY ROCCO,

                          Plaintiff,

        -against-                                    23 **CIVIL** 10973 (JLR)

                                              **JUDGMENT**

NEW YORK STATE COURT OFFICERS
ASSOCIATION.,

                         Defendant.
------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 31, 2026, Defendant's motion for summary

judgment is GRANTED.  Accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2026

                                     **TAMMI M. HELLWIG**

                                       **Clerk of Court**

             **BY:**

                                       **Deputy Clerk**